UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA A. TROUPE and
BARBARA SMITH,

                Plaintiffs,

                                            Case No. 06-CV-10767

vs.                                      HON. GEORGE CARAM STEEH

PROVIDENT CONSUMERS FINANCIAL
SERVICES, et al.,

                Defendant.

_____/

ORDER DENYING APPLICATIONS FOR APPOINTMENT OF COUNSEL (#5, #6)

        Plaintiffs Julia Troupe and Barbara Smith, appearing pro per, each filed applications for appointment of counsel on March 21, 2006 in this civil action challenging the propriety of certain mortgage charges under federal law. Plaintiffs are not entitled to appointment of counsel because this is a civil suit not involving a risk of loss of liberty.  See Shepard v. Wellman, 313 F.3d 963, 970 (6th Cir. 2002) (citing Iannaccone v. Law, 142 F.3d 553, 556 (2d. Cir. 1998)).  Accordingly,

        Plaintiffs' applications for appointment of counsel are hereby DENIED.

        SO ORDERED.

                        s/George Caram Steeh_____
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

Dated:  March 29, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on March 29, 2006, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk